WILMERHALE

**Jayne Holloway Morris**

+1 617 526 6295 (t)
+1 617 526 5000 (f)
holly.morris@wilmerhale.com

March 13, 2026

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 1007

> Re: *Arroyo-Castro v. Gasper*, **No. 25-3047**
> <u>**Notice of Defective Filing**</u>

Dear Ms. Wolfe,

The undersigned acknowledges the Notice of Defective Document dated March 12, 2026, advising that "Attorney Holly Morris must log into the ACMS system and file notice of appearance form." ECF No. 28. Please be advised that a notice of appearance form was filed under "Holly Morris," counsel's preferred name, rather than "Jayne Holloway Morris," counsel's legal name, under which counsel is admitted to this Court. ECF No. 22. An appearance has been entered on the docket for "Jayne Holloway Morris." ECF No. 24. Therefore, no separate appearance is required for "Holly Morris," and counsel will sign all future filings using the same "Jayne Holloway Morris." Accordingly, counsel respectfully requests that the Court cure the identified defect.

Respectfully Submitted,

*/s/ Jayne Holloway Morris*

Jayne Holloway Morris

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington