

Eric Del Pozo                                                          One Constitution Plaza
edelpozo@goodwin.com                                                   Hartford, CT 06103
(860) 251-5332

March 23, 2026

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals
    for the Second Circuit
40 Foley Square
New York, NY 10007

   Re:  *Arroyo-Castro v. Gasper et al.*, No. 25-3047

Dear Ms. Wolfe:

   On behalf of Defendants-Appellees in this appeal, under Second Circuit Local Rule 31.2(a)(1)(B), I request that the Appellees' brief be due by June 17, 2026, or ninety-one days from the filing of the Appellant's opening brief.

        Respectfully submitted,

        */s/ Eric Del Pozo*

        Eric Del Pozo

        *Counsel for Defendants-Appellees*
        *Anthony Gasper, Maryellen Manning,*
        *Dario Soto, and Andrew Mazzei*

cc:  All Counsel of Record (by ECF)