NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Arroyo-Castro v. Gasper et al.                    Docket No.: 25-3047

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: John A. Meiser

Firm: Lindsay and Matt Moroun Religious Liberty Clinic

Address: 1338 Biolchini Hall, Notre Dame, IN 46556

Telephone: (574) 631-3880                    Fax:

E-mail: jmeiser@nd.edu

Appearance for: Notre Dame Religious Liberty Clinic / Amicus Curiae
                            (party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
                                                    (name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
                                                    (name/firm)

☐ Additional counsel (co-counsel with: _____ )
                                                    (name/firm)

☑ Amicus (in support of: Arroyo-Castro / Plaintiff-Appellant _____ )
                                            (party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: John A. Meiser