NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Arroyo-Castro v. Gasper et al.     Docket No.: 25-3047

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Meredith H. Kessler

Firm: Lindsay and Matt Moroun Religious Liberty Clinic

Address: 1338 Biolchini Hall, Notre Dame, IN 46556

Telephone: (574) 631-8722     Fax:

E-mail: mhollan4@nd.edu

Appearance for: Notre Dame Religious Liberty Clinic / Amicus Curiae
(party/designation)

Select One:

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[✓] Amicus (in support of: Arroyo-Castro / Plaintiff-Appellant )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: *Meredith H. Kessler*

Type or Print Name: Meredith H. Kessler