**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

Docket Number(s): 25-3047-cv

Caption [use short title]

Motion for: Withdraw Appearance as Counsel for

Defendants-Appellees Anthony Gasper, Maryellen

Manning, Dario Soto, and Andrew Mazzei

Set forth below precise, complete statement of relief sought:

I, Eric Del Pozo, move to withdraw my appearance

as counsel for defendants-appellees in this appeal.

These appellees will continue to be represented in

this appeal by multiple other attorneys who have

existing appearances on file.

Marisol Arroyo Castro v. Anthony Gasper, et al.

MOVING PARTY: Anthony Gasper et al.          OPPOSING PARTY: Marisol Arroyo-Castro

☐ Plaintiff          ☑ Defendant

☐ Appellant/Petitioner          ☑ Appellee/Respondent

MOVING ATTORNEY: Eric Del Pozo          OPPOSING ATTORNEY: Matthew Martens

[name of attorney, with firm, address, phone number and e-mail]

Shipman & Goodwin LLP          Wilmer Cutler Pickering Hale and Dorr LLP

One Constitution Plaza, Hartford, CT 06103          2100 Pennsylvania Ave. NW, Washington, DC 20037

(860) 251-5000; edelpozo@goodwin.com          (202) 663-6921; matthew.martens@wilmerhale.com

Court- Judge/ Agency appealed from: U.S. District Court of the District of Connecticut (Russell, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____
_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

Is oral argument on motion requested?          ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?          ☐ Yes   ☑ No If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?          ☐ Yes ☐ No
Has this relief been previously sought in this court?          ☐ Yes ☐ No
Requested return date and explanation of emergency:          _____
_____
_____
_____
_____

**Signature of Moving Attorney:**

/s/ Eric Del Pozo          Date: 04/29/26          Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

MARISOL ARROYO-CASTRO,        :
        *Plaintiff-Appellant*,       :     No. 25-3047-cv
                                     :

     v.                           :
                                     :

ANTHONY GASPER, in his individual   :
and official capacity, et al.         :
        *Defendants-Appellees.*     :

**DECLARATION OF ERIC DEL POZO IN SUPPORT OF
MOTION TO WITHDRAW APPEARANCE AS COUNSEL**

I, Eric Del Pozo, hereby declare as follows:

1.     I am currently a partner with the law firm Shipman & Goodwin LLP, counsel to defendants-appellees Anthony Gasper, Maryellen Manning, Dario Soto, and Andrew Mazzei in this appeal. I submit this declaration in support of my motion to withdraw as counsel of record for these appellees.

2.     On December 10, 2025, I appeared as counsel for the appellees in this appeal. *See* 2d Cir. ECF No. 6.

3.     Upon my withdrawal as counsel, the appellees will continue to be represented in this appeal by other experienced attorneys with the law firm Shipman & Goodwin LLP.

4.      The clients and opposing counsel have been informed of my intent to withdraw as counsel in this appeal.

I declare under penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted on April 29, 2026, at Hartford, Connecticut.


By:   _/s/ Eric Del Pozo_
         Eric Del Pozo
         SHIPMAN & GOODWIN LLP
         One Constitution Plaza
         Hartford, CT 06103
         Tel.: (860) 251-5000
         edelpozo@goodwin.com

         *Counsel for Defendants-Appellees*
         *Anthony Gasper, Maryellen Manning,*
         *Dario Soto, and Andrew Mazzei*

2